David W. Knotts, ISB NO. 3627
Jetta Hatch Mathews, ISB No. 8468
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 West Main Street, Suite 1000
P.O. Box 1617
Boise, Idaho 83702
Telephone:  208.344.6000
Facsimile:  208-854-5201
Email:  dknotts@hawleytroxell.com
          jmathews@hawleytroxell.com

Peter E. Kanaris (Pro Hac Vice)
Cheryl L. Mondi  (Pro Hac Vice)
KANARIS, STUBENVOLL & HEISS, P.C.
One South Wacker Drive, Suite 3100
Chicago, Illinois 60606
Telephone:  312.474.1400
Facsimile:  312.474.1410
Email:  pkanaris@kshlaw.com
          cmondi@kshlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHOAN FOODS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  4:18-CV-00273-DCN |
| vs. ) | |
| ) | **REPLY IN SUPPORT OF** |
| ALLIED WORLD ASSURANCE COMPANY, ) | **MOTION TO AMEND** |
| (U.S.) Inc., ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

Defendant, Allied World Assurance Company, (U.S.) Inc., by and through its attorneys, Kanaris, Stubenvoll & Heiss, P.C. and Hawley Troxell Ennis & Hawley LLP, submits this Reply in Support of its Motion to Amend Scheduling Order.

In its Response, Idahoan failed to explain how it is possible that it searched Doug Beyer, Robert McCann, and Albert Weeks' emails in response to Allied World's Sixth Set of Requests for Production and did not uncover any of the emails sent or received by these individuals, which contained the production schedules and packaging plans sent by Mr. McCann each week or any emails between Mr. McCann and the ISP plant. Further, Idahoan did not explain how its searches failed to uncover any of the monthly forecasts of sales demands that he received or the production reports received by Mr. Weeks and Mr. McCann each day.

Counsel for Allied World, Cheryl Mondi, and counsel for Idahoan, Sara Berry and Mark Hanson, engaged in a further Rule 37 conference subsequent to the filing of Idahoan's Response. After that conference, Idahoan agreed to conduct additional searches to locate additional responsive documents. However, Idahoan has not yet produced the documents. Therefore, Allied World has not been able to determine whether the requested documents have been produced. A true and accurate copy of the November 22, 2019 email from Sara Berry to Cheryl Mondi is attached as Exhibit 1.

Idahoan asserted that Allied World's motion was a motion to compel. However, as stated in Allied World's Motion, Allied World sought to resolve discovery issues before filing a motion to compel. Because Idahoan has not yet produced the additional emails, Allied World has not yet determined whether additional motion practice will be necessary.

Although Idahoan objected to Allied World's motion as it asserts that the parties must move forward with expert disclosures and dispositive motions, Idahoan failed to acknowledge that its pending motion to compel and issues with its untimely and deficient Rule 26(a)(1)(A) Disclosures will prevent the parties from completing expert discovery and summary judgment briefing in accordance with the Court's schedule.

## **CONCLUSION**

For the reasons set forth herein and more fully in Allied World Assurance Company (U.S.) Inc.'s Motion to Amend Scheduling Order, Allied World Assurance Company (U.S.) Inc. respectfully requests that this Honorable Court issue an Order amending the Scheduling Order to allow Allied World sufficient time to resolve issues with Idahoan Foods, LLC's prior production of documents.

KANARIS, STUBENVOLL & HEISS, P.C.


By  */s/ Cheryl Mondi*
    Peter E. Kanaris (Pro Hac Vice)
    Cheryl L. Mondi (Pro Hac Vice)
    Attorneys for Defendant Allied World
    Assurance Company (U.S.) Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of December, 2019, I filed the foregoing, Allied World Assurance Company (U.S.), Inc.'s Reply in Support of Motion to Amend Scheduling Order, electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Erik F. Stidham: | efstidham@hollandhart.com |
| Jennifer M. Jensen | jmjensen@hollandhart.com |
| Sara M. Berry | smberry@hollandhart.com |

Holland & Hart LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527

Mark Hanson          mhanson@nileslaw.com
Nilles Law
P.O. Box 2626
Fargo, ND 58102

*/s/ Cheryl Mondi*