# EXHIBIT 1

## Cheryl Mondi

| | |
|---|---|
| **From:** | Sara M. Berry <SMBerry@hollandhart.com> |
| **Sent:** | Friday, November 22, 2019 10:20 AM |
| **To:** | Cheryl Mondi |
| **Cc:** | Erik Stidham; Hanson, Mark R.; Kilwein, Cloe A.; Brunelle, Brenda; Nancy Hammond; Stacy Gust; Carolyn Montgomery; Peter Kanaris |
| **Subject:** | RE: Idahoan v AWAC - 6th RFPs to Idahoan |

Cheryl,
To follow up on our meet and confer yesterday regarding the email searches for the 6th RFPs, I'd like to first point out that we produced over 200 emails that Robert McCann sent in the time frame you requested. Your previous statements that we did not produce any emails from Mr. McCann are inaccurate. We also produced nearly 500 emails that Mr. McCann received.

We will agree to review the emails for the custodians in the 6th RFPs that hit on the search terms ISP or Supreme that we did not previously produce. We will produce the non-privileged emails that hit on either of those search terms.

I believe that answers the question from yesterday. Please let me know if there is anything I've missed.

Regards,
Sara

Sara Berry
Attorney, Holland & Hart LLP
T (208) 383-3929 M (208) 484-7742



HOLLAND&HART.

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

**From:** Cheryl Mondi <cmondi@kshlaw.com>
**Sent:** Wednesday, November 20, 2019 5:51 PM
**To:** Sara M. Berry <SMBerry@hollandhart.com>
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R. <MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@nilleslaw.com>; Brunelle, Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond <NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn Montgomery <CRMontgomery@hollandhart.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Subject:** Re: Idahoan v AWAC - 6th RFPs to Idahoan

**External Email**

Sara,

10:00 MT works.

Cheryl

1

On Nov 20, 2019, at 4:08 PM, Sara M. Berry <SMBerry@hollandhart.com> wrote:

Cheryl,
How about 10:00 MT tomorrow morning?

Thanks,
Sara

<image001.png>
Sara Berry
Attorney, Holland & Hart LLP
T (208) 383-3929 M (208) 484-7742
<image002.png>
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

**From:** Cheryl Mondi <cmondi@kshlaw.com>
**Sent:** Wednesday, November 20, 2019 6:44 AM
**To:** Sara M. Berry <SMBerry@hollandhart.com>
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R. <MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@nilleslaw.com>; Brunelle, Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond <NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn Montgomery <CRMontgomery@hollandhart.com>; Zwak, Stephanie <SZwak@nilleslaw.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Subject:** RE: Idahoan v AWAC - 6th RFPs to Idahoan

External Email

Sara,

I am fairly free tomorrow.  What time will work for you?

Cheryl

Cheryl L. Mondi
Kanaris, Stubenvoll & Heiss, P.C.
Direct Dial: (312) 879-1508
Fax: (312) 474-1410

**From:** Sara M. Berry <SMBerry@hollandhart.com>
**Sent:** Monday, November 18, 2019 11:22 AM
**To:** Cheryl Mondi <cmondi@kshlaw.com>
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R. <MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@nilleslaw.com>; Brunelle, Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond <NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn Montgomery <CRMontgomery@hollandhart.com>; Zwak, Stephanie <SZwak@nilleslaw.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Subject:** RE: Idahoan v AWAC - 6th RFPs to Idahoan

Cheryl,

I am not available until Thursday or Friday this week due to previously-scheduled commitments in other matters. We have been working with Idahoan to understand the searches in the process of responding to your motion.

Please identify some times on Thursday and Friday that you are available for a call and I will coordinate scheduling on my end.

Thank you,
Sara

<image001.png>
**Sara Berry**
Attorney, Holland & Hart LLP
T **(208) 383-3929** M **(208) 484-7742**
<image002.png>
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

**From:** Cheryl Mondi <cmondi@kshlaw.com>
**Sent:** Friday, November 15, 2019 11:49 AM
**To:** Sara M. Berry <SMBerry@hollandhart.com>
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R. <MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@nilleslaw.com>; Brunelle, Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond <NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn Montgomery <CRMontgomery@hollandhart.com>; Zwak, Stephanie <SZwak@nilleslaw.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Subject:** RE: Idahoan v AWAC - 6th RFPs to Idahoan

**External Email**

Sara,

We would prefer to discus these issues before the 20th as we requested to have the call on October 30. Are you available on Monday or Tuesday for the call?

Cheryl

Cheryl L. Mondi
Kanaris, Stubenvoll & Heiss, P.C.
Direct Dial: (312) 879-1508
Fax: (312) 474-1410

**From:** Sara M. Berry <SMBerry@hollandhart.com>
**Sent:** Friday, November 15, 2019 10:52 AM
**To:** Cheryl Mondi <cmondi@kshlaw.com>
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R. <MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@nilleslaw.com>; Brunelle, Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond <NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn Montgomery <CRMontgomery@hollandhart.com>; Zwak, Stephanie <SZwak@nilleslaw.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Subject:** RE: Idahoan v AWAC - 6th RFPs to Idahoan

Cheryl,

Thank you for the reminder. Our opposition to your motion to amend the scheduling order may clarify some of these issues. We will file that no later than 11/20. After you've had a chance to review that, we can identify what issues still remain and whether a call to discuss searches is still necessary.

Regards,
Sara

<image001.png>
Sara Berry
Attorney, Holland & Hart LLP
T (208) 383-3929 M (208) 484-7742
<image002.png>
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

**From:** Cheryl Mondi <cmondi@kshlaw.com>
**Sent:** Thursday, November 14, 2019 2:35 PM
**To:** Sara M. Berry <SMBerry@hollandhart.com>
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R. <MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@nilleslaw.com>; Brunelle, Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond <NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn Montgomery <CRMontgomery@hollandhart.com>; Zwak, Stephanie <SZwak@nilleslaw.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Subject:** RE: Idahoan v AWAC - 6th RFPs to Idahoan

External Email

Sara,

I am following up on your email below regarding dates and times for a call to discuss the searches.  Please let me know your availability.

Regards,

Cheryl

Cheryl L. Mondi
Kanaris, Stubenvoll & Heiss, P.C.
Direct Dial: (312) 879-1508
Fax: (312) 474-1410

**From:** Sara M. Berry <SMBerry@hollandhart.com>
**Sent:** Friday, November 1, 2019 3:24 PM
**To:** Cheryl Mondi <cmondi@kshlaw.com>
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R. <MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@nilleslaw.com>; Brunelle, Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond <NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn Montgomery <CRMontgomery@hollandhart.com>; Zwak, Stephanie <SZwak@nilleslaw.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Subject:** RE: Idahoan v AWAC - 6th RFPs to Idahoan

Cheryl,
I will identify some dates and times to set up a call. I will get back to you next week.

Regards,
Sara

<image001.png>
Sara Berry
Attorney, Holland & Hart LLP
T (208) 383-3929 M (208) 484-7742
<image002.png>
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

**From:** Cheryl Mondi <cmondi@kshlaw.com>
**Sent:** Thursday, October 31, 2019 8:52 AM
**To:** Sara M. Berry <SMBerry@hollandhart.com>
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R. <MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@nilleslaw.com>; Brunelle, Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond <NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn Montgomery <CRMontgomery@hollandhart.com>; Zwak, Stephanie <SZwak@nilleslaw.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Subject:** RE: Idahoan v AWAC - 6th RFPs to Idahoan

> **External Email**

Sara,

We would like to discuss both the searches for emails and other documents.

Cheryl

Cheryl L. Mondi
Kanaris, Stubenvoll & Heiss, P.C.
Direct Dial: (312) 879-1508
Fax: (312) 474-1410

**From:** Sara M. Berry <SMBerry@hollandhart.com>
**Sent:** Wednesday, October 30, 2019 4:52 PM
**To:** Cheryl Mondi <cmondi@kshlaw.com>
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R. <MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@nilleslaw.com>; Brunelle, Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond <NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn Montgomery <CRMontgomery@hollandhart.com>; Zwak, Stephanie <SZwak@nilleslaw.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Subject:** RE: Idahoan v AWAC - 6th RFPs to Idahoan

Cheryl,
I cannot agree to an indeterminate extension of fact discovery and we do not agree that the expert and summary judgment deadlines need to move to deal with the issues you've identified today, on the last day of discovery.

We are open to scheduling a call regarding the searches run. To clarify though, are you asking about searches run for emails? Or some other searches? We may need to talk with different people depending on which search you want to discuss.

I disagree with your statement that you do not have any of the production plans or schedules. Idahoan has produced many production plans and schedules. You used some of them as exhibits in your depositions of Robert McCann and Albert Weeks.

Regards,
Sara

<image001.png>
Sara Berry
Attorney, Holland & Hart LLP
T (208) 383-3929 M (208) 484-7742
<image002.png>
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

**From:** Cheryl Mondi <cmondi@kshlaw.com>
**Sent:** Wednesday, October 30, 2019 3:11 PM
**To:** Sara M. Berry <SMBerry@hollandhart.com>
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R. <MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@nilleslaw.com>; Brunelle, Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond <NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn Montgomery <CRMontgomery@hollandhart.com>; Zwak, Stephanie <SZwak@nilleslaw.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Subject:** Re: Idahoan v AWAC - 6th RFPs to Idahoan

External Email

Sara,

At this point, we do not have a specific date because we do not know how long it will take to resolve the issues. Are we able to schedule a call with the Liasion, so we can discuss the searches that were run?  Since our experts will need to review the documents prior to finalizing their reports, I do not believe it is possible to complete expert discovery and file motions for summary judgment within the current schedule. We thought that would work when we entered into the stipulation in September, but we are still at the same point that we were then since we do not have any of the production plans or schedules.

Regards,

Cheryl

On Oct 30, 2019, at 3:42 PM, Sara M. Berry <SMBerry@hollandhart.com> wrote:

Cheryl,
Thank you for your email. Do you have a specific proposal for extending these deadlines? I cannot agree to an open-ended extension of fact discovery and

expert disclosures. We are willing to discuss amending these deadlines so long as the amendments do not affect the summary judgment deadline.

Regards,
Sara

<image001.png>
Sara Berry
Attorney, Holland & Hart LLP
T (208) 383-3929 M (208) 484-7742
<image002.png>
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

**From:** Cheryl Mondi <cmondi@kshlaw.com>
**Sent:** Wednesday, October 30, 2019 12:16 PM
**To:** Sara M. Berry <SMBerry@hollandhart.com>
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R. <MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@Nilleslaw.com>; Brunelle, Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond <NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn Montgomery <CRMontgomery@hollandhart.com>; Zwak, Stephanie <SZwak@nilleslaw.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Subject:** RE: Idahoan v AWAC – 6th RFPs to Idahoan

**External Email**

Sara,

Allied World cannot complete fact discovery today as we still have not resolved the issues identified below, which include issues with Idahoan's production of emails and production plans and schedules. Therefore, we will be filing a Motion to Amend the Scheduling Order today. We will also be requesting to move the expert discovery dates as our experts need to review the schedules and plans before issuing their opinions. While we would like to resolve the outstanding issues without motion practice, we cannot yet determine whether that will be possible. Additionally, we believe that it might be necessary to take a deposition of the Liaison, so that we can fully understand Idahoan's process for searching and producing responsive documents. Please let me know if you will stipulate to an extension to resolve these issues.

Cheryl

Cheryl L. Mondi
Kanaris, Stubenvoll & Heiss, P.C.
Direct Dial: (312) 879-1508
Fax: (312) 474-1410

**From:** Cheryl Mondi
**Sent:** Wednesday, October 30, 2019 9:48 AM
**To:** Sara M. Berry <SMBerry@hollandhart.com>

**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R. <MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@Nilleslaw.com>; Brunelle, Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond <NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn Montgomery <CRMontgomery@hollandhart.com>; Zwak, Stephanie <SZwak@nilleslaw.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Subject:** RE: Idahoan v AWAC - 6th RFPs to Idahoan

Sara,

Mr. Weeks testified that he and Mr. McCann received an email each day, which identified the total production by item at each plant.  Weeks, p. 46.  These documents are responsive to Allied World's Sixth Set of Requests for Production of Documents, but Idahoan failed to produce the emails received by Mr. Weeks, Mr. McCann, or any other Idahoan employee.  Therefore, Allied World requests that Idahoan immediately produce all such emails.

Mr. Weeks also testified that her received an email each month with the sales forecast, which he then used to prepare his production plant.  Idahoan failed to produce the forecasts received by Mr. Weeks and Mr. Beyer, Mr. Polson, or Mr. McCann, if those individuals also received the forecasts.

Mr. Weeks testified that he produced two different types of production plans.  He prepared a yearly production plan for the budgeting process.  Additionally, he prepared monthly production plans.  Idahoan did not produce any of the emails in which Mr. Weeks sent the production plans to

He also prepared a raw projection on a monthly basis.  Weeks, p. 78.  However, Idahoan did not produce any of the raw projections.

Mr. Weeks testified that he prepared an inventory report each month.  Again, Idahoan did not produce the inventory reports prepared by Mr. Weeks.

As the aforementioned documents are responsive to Allied World's discovery requests, we request that Idahoan immediately produce all production plans or other plans or schedules prepared by Mr. Weeks.

Regards,

Cheryl

Cheryl L. Mondi
Kanaris, Stubenvoll & Heiss, P.C.
Direct Dial: (312) 879-1508
Fax: (312) 474-1410

**From:** Cheryl Mondi
**Sent:** Tuesday, October 29, 2019 11:14 PM
**To:** 'Sara M. Berry' <SMBerry@hollandhart.com>
**Cc:** 'Erik Stidham' <EFStidham@hollandhart.com>; 'Hanson, Mark R.' <MHanson@nilleslaw.com>; 'Kilwein, Cloe A.' <CKilwein@Nilleslaw.com>; 'Brunelle, Brenda' <BBrunelle@nilleslaw.com>; 'Nancy Hammond'

<NJHammond@hollandhart.com>; 'Stacy Gust' <SLGust@hollandhart.com>; 'Carolyn Montgomery' <CRMontgomery@hollandhart.com>; 'Zwak, Stephanie' <SZwak@nilleslaw.com>; Peter Kanaris <pkanaris@kslaw.com>
**Subject:** RE: Idahoan v AWAC - 6th RFPs to Idahoan

Sara,

Our review of the documents recently produced by Idahoan revealed additional issues with Idahoan's prior responses to Allied World's Requests for Production of Documents and its response to Allied World's Sixth Set of Requests for Production of Documents.

Idahoan produced several documents, which identify folders where production plans were saved on Idahoan's computer system.  IFLLC031683 identifies IDAHOANI\Supply-Chain\Production Plans; IFLLC032335 identifies X:\ProductionPlans\FY17; and IFLLC030783 identifies I:\FY 2017 Budget\Product Costing\Production Plan.  The documents contained in these folders would be responsive to document requests previously served by Idahoan, which requested production plans.  Based upon the documents produced to date, it does not appear that Idahoan produced all documents contained in these files.  Therefore, Allied World requests that Idahoan produce all production plans and other documents contained in these folders.

As you should recall, in Request Number 8 in Allied World's Fifth Set of Requests for Production of Documents, Allied World requested all production plans or schedules or other plans or schedules prepared by Robert McCann from September 1, 2016 through August 31, 2017.  Idahoan identified the following documents, which it contends are responsive to the Request:

| Bates Number | Doc Name | Author |
|---|---|---|
| IFLLC00970 | insurance claim file | Weeks |
| IFLLC001524 | insurance claim file 2.xlsx | Weeks |
| IFLLC003974 | production summary.xlsx | Weeks |
| IFLLC004144 | #1 Estimated Loss_170220.xlsx | Weeks |
| IFLLC004167 | Production-schedule-inventory.xlsx | Weeks |
| IFLLC004168 | Production Summary.xlsx | Weeks |
| IFLLC004187 | 356 production.xlsx | Weeks |
| IFLLC04221 | ISP Information Request_170103.xlsx | Weeks |
| IFLLC004790 | production summary.xlsx | Weeks |
| IFLLC007844 | 356 production.xlsx | Weeks |
| IFLLC027566-IFLLLC027657 | Plant Variances/Production Plan | Franco |

After receiving Idahoan's responses, I sent the attached correspondence on September 6, 2019 identifying issues with the documents produced by Idahoan as the documents did not appear to be produced by Mr. McCann as he was not identified as the author of the documents.  Further, many of the documents identified related to the insurance claim, which Mr. McCann testified that he did not prepare.  McCann, p. 38.  However, in the recent production, Idahoan produced numerous plans, which should have been produced in response to Request Number 8, including, but not limited to, the following:

IFLLC029725    Book 3.xlsx
IFLLC030577    Lew Packaging Attainment 082916.xlsx
IFLLC030578    ISP Pack Plan 082916.xlsx

IFLLC030579    IF Pack Plan 082916.xlsx
IFLLC030580    Ing Export Schedule 160824.xlsx
IFLLC030584    Piece production 030316.xlsx
IFLLC030800    ISP Pack Plan 062616.xlsx
IFLLC031371    MOs to release June 24.xlsx
IFLLC031405    Supreme packaging items.xlsx
IFLLC031566    Packaging Attainment 051815.xlsx
IFLLC032096    Packaging Attainment 05185.xlsx
IFLLC032587    Idaho Falls packaging schedule.xlsx
IFLLC032588    Lewisville packaging schedule.xlsx
IFLLC032942    Book1.xlsx
IFLLC033364    Line 3 & 8 Capacity.xlsx
IFLLC034295    IF Pack Plan 090417(1).xlsx
IFLLC034296    Lewisville packaging 090417(3).xlsx
IFLLC032758    IF Pack Plan 082817.xlsx
IFLLC033830    IF Pack Plan 071717.xlsx

It is inconceivable that none of these documents are contained anywhere other than in the emails.  Moreover, it appears that Idahoan produced certain plans on a weekly basis, including the ING Export Schedule, IF Pack Plan, and ISP Pack Plan.  Therefore, we request that Idahoan search all documents in its possession, custody, and control, and produce all documents responsive to all document requests seeking production and scheduling documents, including the aforementioned Request Number 8.  We note that Requests Numbers 25, 45, and 48 of Allied World's First Set of Requests for Production of Documents also requested documents relating to production plans.

In Request Number 7 of Allied World's Fifth Set of Requests for Production of Documents, Allied World requested all contracts with growers from September 1, 2015 through December 31, 2017.  In response, Idahoan identified a number of documents, which were allegedly responsive to the Request.  However, many of the documents were spreadsheets, not actual contracts.  Moreover, Idahoan did not produce any contracts entered into in 2017 for FY 18.  Therefore, Allied World requests that Idahoan immediately produce all documents responsive to this Request.

As always, should you have any questions, please do not hesitate to contact me.

Regards,

Cheryl

Cheryl L. Mondi
Kanaris, Stubenvoll & Heiss, P.C.
Direct Dial: (312) 879-1508
Fax: (312) 474-1410

**From:** Cheryl Mondi
**Sent:** Tuesday, October 29, 2019 1:28 PM
**To:** Sara M. Berry <SMBerry@hollandhart.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R.
<MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@Nilleslaw.com>; Brunelle,
Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond

<NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn
Montgomery <CRMontgomery@hollandhart.com>; Zwak, Stephanie
<SZwak@nilleslaw.com>
**Subject:** RE: Idahoan v AWAC - 6th RFPs to Idahoan

Sara,

We request that you please provide the search terms, which were used for the
searches.  You stated that Idahoan would not search for documents which contained
only ISP or Supreme.  However, there are a number of documents, which do not contain
any of the search terms.  Therefore, it is difficult to determine how Idahaon selected the
documents, which it produced to Allied World.

Additionally, as you know, Mr. McCann testified on p. 32 of his deposition that he sent a
production schedule and packaging schedule to the Idaho Supreme plant each
week.  You further confirmed with Mr. McCann on p. 75 that he emailed the schedules
to the plants. Further,  During our review of the documents produced, we did not
identify any of the packaging or production schedules sent to Idaho Supreme by Mr.
McCann.  In fact, Idahoan did not produce any emails between Mr. McCann and anyone
at Idaho Supreme.  Therefore, we are concerned that Idahoan restricted its search and
did not produce any of the requested production plans and schedules, forecasting, or
documents related to the fire.

Cheryl

Cheryl L. Mondi
Kanaris, Stubenvoll & Heiss, P.C.
Direct Dial: (312) 879-1508
Fax: (312) 474-1410

**From:** Sara M. Berry <SMBerry@hollandhart.com>
**Sent:** Monday, September 23, 2019 10:15 AM
**To:** Cheryl Mondi <cmondi@kshlaw.com>; Peter Kanaris <pkanaris@kshlaw.com>
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Hanson, Mark R.
<MHanson@nilleslaw.com>; Kilwein, Cloe A. <CKilwein@Nilleslaw.com>; Brunelle,
Brenda <BBrunelle@nilleslaw.com>; Nancy Hammond
<NJHammond@hollandhart.com>; Stacy Gust <SLGust@hollandhart.com>; Carolyn
Montgomery <CRMontgomery@hollandhart.com>; Zwak, Stephanie
<SZwak@nilleslaw.com>
**Subject:** Idahoan v AWAC - 6th RFPs to Idahoan

Cheryl,
We've run a preliminary search for emails containing the search terms you
requested in the 6th RFPs to Idahoan. Two terms are responsible for the majority
of hits: ISP or Supreme. Those two terms account for 76% of all documents
returned. These results are exclusive of the other search terms – meaning that
76% of the documents contain only the terms ISP or Supreme.

Searching for the terms ISP or Supreme, in isolation from all other search terms,
is inconsistent with your request to search emails for production plans and
schedules. When we agreed to extend the discovery deadline for you to request
additional email documents, you indicated only that you wanted to target
production plans and schedules.

We will run the other search terms, which are more targeted to production plans and schedules, capacity summaries, forecasting, and the fire. We will review those documents and produce all relevant hits. At this time we do not intend to search, review, or produce documents that are responsive only to the terms ISP or Supreme.

Please let me know if you would like to discuss these limitations. Alternatively, please confirm your agreement to this modification of your email request.

Thank you,
Sara

<image001.png>
Sara Berry
Attorney, Holland & Hart LLP
800 West Main Street, Suite 1750, Boise, ID 83702
T (208) 383-3929  F (208) 343-8869  M (208) 484-7742
<image002.png>
<image003.png><image004.png><image005.png>

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400

The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400

The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400

The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400

The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400

The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400

The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400

The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400

The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication

is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400


The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400


The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400


The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400


The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400


The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400


The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400


The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination,

distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone 1-312-474-1400